No. 42665.—Petition 5843–R of Benno Kuhl (New York).

475

Opinion by BROWN, J. It was held that the facts and circumstances surrounding this sporadic importation indicate that there was no intention to deceive the appraiser or defraud the revenue. The petition was therefore granted.